# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3106 | **DATE** | 7/8/2004 |
| **CASE TITLE** | Awesome Toys vs. Spin Master Ltd. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order.  Spin Master's entire Answer is stricken, but with leave being granted to file a proper Amended Answer in this Court's chambers on or before July 20, 2004.  In the absence of such a timely filing, all of the Ads save AD1 and AD 6 will remain stricken.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | |
| ✓ | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | |

| | courtroom deputy's initials |
|---|---|
| SN | |

number of notices

JUL 0 9 2004
date docketed

docketing deputy initials

7/8/2004
date mailed notice

SN
mailing deputy initials

U.S. DISTRICT COURT
CLERK
2004 JUL -8 PM 4:01
FILED
Date/time received in central Clerk's Office

**Document Number**

10

DOCKETED

JUL 0 9 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AWESOME TOYS, LLC,                    )
                                      )
                    Plaintiff,        )
                                      )
          v.                          )    No.  04 C 3106
                                      )
SPIN MASTER LTD.,                     )
                                      )
                    Defendant.        )

## MEMORANDUM OPINION AND ORDER

Spin Master Ltd. ("Spin Master") has filed its Answer to the
three-count Complaint brought against it by Awesome Toys, LLC
("Awesome Toys").  This memorandum order is issued to require
Spin Master's counsel to cure the flaws in the affirmative
defenses ("ADs") included within its Answer.

Before those deficiencies are addressed, however, the
attention of Spin Master's counsel is called to the Answer's
noncompliance with this District Court's LR 10.1.  Were it not
for the AD problems, this Court would not have required a
refiling of the Answer itself--but because such noncompliance
defeats the salutary purpose for which LR 10.1 was adopted, the
recast pleading called for by this memorandum order will be
required to conform to that LR.

As for the ADs, Spin Master's counsel's attention is drawn
to the requirements of Fed. R. Civ. P. ("Rule") 8(c) and to the
caselaw dealing with ADs--and see also App. ¶5 to State Farm Mut.
Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001).

10

In particular:

1. Although there may be some question whether AD 1's statement of the equivalent of a Rule 12(b)(6) motion is appropriate, that AD may be retained pending a possible challenge by Awesome Toys.

2. ADs 2 through 5 cannot pass muster even under the generous standards of notice pleading that apply in the federal courts. It simply will not do to parrot one of the examples listed in Rule 8(c) or to set out some other generalized conclusion (such as "acquiescence"), for such skeletal listing informs neither the opposing party nor this Court of the asserted predicates for the various contentions. If Spin Master expects to renew one or more of those ADs the next time around, it must couple those conclusory characterizations with at least some minimal explanation of how each of them assertedly applies.

3. Although AD 7 is a bit more informative, it too must be fleshed out appropriately if Spin Master expects it to stand.

Accordingly the entire Answer is stricken, but with leave being granted to file a proper Amended Answer (including any appropriate ADs) in this Court's chambers (with a copy of course being transmitted contemporaneously to Awesome Toys' counsel) on or before July 20, 2004. In the absence of such a timely filing,

all of the ADs save AD 1 and AD 6 will remain stricken.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 8, 2004

---

[1]  As an aside, Spin Master's counsel ought to get the spelling of Magistrate Judge Schenkier's name right.